UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21151-JEM

JACK STONE, et al.          )
            Plaintiff,      )
                            )
                            )
v.                          )
                            )
HERTZ GLOBAL HOLDINGS,      )
INC., et al.                )
                            )
            Defendant.      )
_____)

FILED by ___ D.C.
JUN 20 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO REMOVE WITH PREJUDICE EXPEDIA, INC. AS A DEFENDANT TO THIS ACTION

The plaintiffs seek a formal Order from the Court for permission to remove Expedia, Inc. (Expedia) as a defendant in this action. The plaintiffs voluntarily withdrawal their complaint against Expedia, and moves the Court to remove Expedia WITH PREJUDICE, as the parties have agreed to settlement terms.

The plaintiffs concur that the confidential settlement agreement fully resolves their dispute with Expedia, and that Expedia has acted in good faith to resolve the petitioner's claim.

The plaintiffs request that the Court dismiss the lawsuit pursuant to Rule Rule 41(a)(i)(A)(i) of the Federal Rules of Civil Procedure, but condition this request on the Court's agreement to enter an order retaining jurisdiction for two years to enforce the private settlement agreement, as authorized by *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

The plaintiffs therefore request that the Court enter the proposed Order to remove Expedia, Inc. as a defendant in this matter.

Dated: June 9th, 2017

Respectfully Submitted,

Petitioner

Name: Jack Stone

*/s/ Jack Stone*

Miyuki Suzuki

*/s/ Miyuki Suzuki*

(MS) a minor child

Name: Jack Stone as guardian

*/s/ Jack Stone*



c/o JEM
Wilkie D. Ferguson U.S. Courthouse
Clerk's Office
400 North Miami Ave, 8th Floor South
Miami, Florida
33128

USA

AIR MAIL

USMS INSPECTED RECEIVED
JUN 20 2017 1:49 PM