UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21151-CIV-MARTINEZ-OTAZO-REYES

JACK STONE, et al.,

    Plaintiff,

vs.

HERTZ GLOBAL HOLDINGS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPEDIA, INC. ONLY

THIS MATTER is before the Court upon Plaintiff's motion to voluntarily dismiss with prejudice Defendant Expedia, Inc. from this action [D.E. No. 38]. It is:

**ADJUDGED** that the Motion [D.E. No. 38] is **GRANTED**, and any asserted claims in this action against Expedia, Inc. are **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. The Clerk is instructed to terminate Expedia, Inc. from this action. The case shall remain ongoing as to remaining Defendant Hertz Global Holdings, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of June, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record