

**Courtesy Notice: 17-CV-21151**
Jack Stone    to martinez                                    10/24/2017 03:29 PM

Jack Stone
martinez@flsd.uscourts.gov

10.25.17.

Hello,

This is a courtesy notice to the Court that the defendants made an offer to the plaintiffs, to settle this matter, and it was accepted.

Once the documents are finalized, the plaintiffs will file a Motion to Dismiss against all defendants.

The plaintiffs are providing this courtesy notice to Judge Martinez so he doesn't have to spend time writing, and ruling on motions that are currently before him.

Thank you,

Jack Stone