UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21151-CIV-MARTINEZ-OTAZO-REYES

JACK STONE, et al.,

    Plaintiff,

vs.

HERTZ GLOBAL HOLDINGS, INC., et al.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' joint Stipulation for Dismissal with Prejudice [D.E. No. 81]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear his/her/its own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this **13** day of December, 2017.

                                                  _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record